IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LEONARD T. HILT, )
 )
v. ) No. 3:05-0371
 )
R. JAMES NICHOLSON, )
    Secretary, Department of Veterans )
    Affairs, )

**O R D E R**

In accordance with the contemporaneously entered memorandum, the defendant's motion for summary judgment (Docket Entry No. 26) is GRANTED, and this case is DISMISSED with prejudice.

The pretrial conference, scheduled on June 15, 2007, and the trial, scheduled to begin on June 26, 2007, are hereby CANCELLED.

This order shall constitute the final judgment in this case pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

                                                JULIET GRIFFIN
                                                United States Magistrate Judge